2009 FEB 18 PM 3: 35

BY_____ KNH _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>RASHAD TARIQ LANSING (1),<br>JOSE HERNANDEZ (2),<br>GUADALUPE LANSING (3),<br><br>              Defendants. | Criminal Case No. '09 CR 0572 --JAH<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(I) - Conspiracy to Transport<br>Illegal Aliens; Title 8, U.S.C.,<br>Sec. 1324 (a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding and<br>Abetting |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including February 2, 2009, within the Southern District of California, and elsewhere, defendants RASHAD TARIQ LANSING, JOSE HERNANDEZ and GUADALUPE LANSING, with the intent to violate the immigration laws of the United States, did knowingly and intentionally conspire together and with each other and with other persons unknown to the grand jury, to transport and move illegal aliens within the United States; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(I).

CSA:nlv:San Diego
2/17/09



1

Count 2

2          On or about February 2, 2009, within the Southern District of
3  California, defendants RASHAD TARIQ LANSING, JOSE HERNANDEZ and
4  GUADALUPE LANSING, with the intent to violate the immigration laws of
5  the United States, knowing and in reckless disregard of the fact that
6  an alien, namely, Sergio Chamorro-Sanchez, had come to, entered and
7  remained in the United States in violation of law, did transport and
8  move said alien within the United States in furtherance of such
9  violation of law; in violation of Title 8, United States Code,
10 Sections 1324(a)(1)(A)(ii) and (v)(II).

11

Count 3

12         On or about February 2, 2009, within the Southern District of
13 California, defendants RASHAD TARIQ LANSING, JOSE HERNANDEZ and
14 GUADALUPE LANSING, with the intent to violate the immigration laws of
15 the United States, knowing and in reckless disregard of the fact that
16 an alien, namely, Ramon Rivera-Avila, had come to, entered and
17 remained in the United States in violation of law, did transport and
18 move said alien within the United States in furtherance of such
19 violation of law; in violation of Title 8, United States Code,
20 Sections 1324(a)(1)(A)(ii) and (v)(II).

21 //
22 //
23 //
24 //
25 //
26 //
27 //

28

<u>Count 4</u>

On or about February 2, 2009, within the Southern District of California, defendants RASHAD TARIQ LANSING, JOSE HERNANDEZ and GUADALUPE LANSING, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gabriel Estrada-Torres, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: February 18, 2009.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
C. SETH ASKINS
Assistant U.S. Attorney

3