

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Jose Hernandez,<br><br>　　　　　　　Defendant. | Criminal Case No. 09CR0572-JAH-02<br><br>ORDER |

　　No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count three of the indictment.

Dated: 5/15/09

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　John A. Houston
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE