# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Jose Hernandez

**WARRANT FOR ARREST**

*13295-298*

CASE NUMBER: 09CR0572-JAH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Jose Hernandez_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

DATE: 6-16-2010
ARRESTED BY: Dusan Ross
Carson
GEORGE W VENABLES
U.S. MARSHAL, S/CA
BY: Andi

RECEIVED JUN 1 P 4: 16

In violation of Title _____See Above_____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.
Name of Issuing Officer

[Signature]
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

06/01/10 San Diego, CA
Date and Location

Bail fixed at $ _____no bail_____ by _____The Honorable John A. Houston_____
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

CLASS I 'D'